

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

Nemours Building
1007 N. Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

(302) 573-6277
FAX (302) 573-6220

September 10, 2007

Chief Judge Gregory M. Sleet
United States District Judge
United States District Court
J. Caleb Boggs Federal Building
District of Delaware
844 King Street, 4th Floor
Wilmington, DE 19899

Re: **United States v. Tyrone Roane**
**Criminal Action No. 07-48-GMS**

Your Honor:

Suppression Hearing was held in this matter on September 5, 2007. After the hearing Your Honor requested additional briefing by the parties. Your Honor requested that parties submit proposed briefing schedule by Monday, September 10, 2007. Due to unavoidable delay, I was unable to contact Mr. Roane's attorney to create an mutually acceptable briefing schedule.

At this time the Government respectfully requests until Friday, September 21, 2007 to file its additional briefing. The Government will attempt to contact the defendant's counsel as soon as possible to provide the Court with a concrete briefing schedule. The Government sincerely apologizes for any inconvenience this causes the Court and, if necessary, will take any alternative measures the Court deems appropriate.

Yours very truly,

COLM F. CONNOLLY
United States Attorney

BY: _____
Shawn E. Martyniak
Special Assistant United States Attorney