# FEDERAL PUBLIC DEFENDER
## DISTRICT OF DELAWARE

704 King Street, Suite 110
Wilmington, Delaware 19801
Phone (302) 573-6010
FAX (302) 573-6041
www.fpdde.org

**Edson A. Bostic**
Federal Public Defender

**Eleni Kousoulis**
**Luis A. Ortiz**
Assistant Federal Public Defenders

**Tieffa N. Harper**
Research & Writing Specialist

September 14, 2007

The Honorable Gregory M. Sleet
Chief Judge, United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Fourth Floor
Wilmington, DE  19801

      Re:    *United States v. Tyrone Roane*
               **Criminal Action No.  07-48-GMS**
               <u>Our File No. 2007-00153</u>

Dear Chief Judge Sleet:

      Reference is made to the government's letter of September 10, 2007, requesting permission to file their brief in the above-captioned case on September 21, 2007.  As noted in Mr. Martyniak's letter, he was unable to contact me to discuss the proposed briefing schedule prior to mailing his letter.  Since then, however, we have spoken.  I have informed him of my intent to request permission to file the Defendant's Brief on September 27, 2007.

      During my conversation with Mr. Martyniak, he informed that he also would like permission to file the Government's Brief on the same date.  Accordingly, I am requesting leave for both the

Honorable Gregory M. Sleet
Chief Judge, United States District Court
September 14, 2007
Page 2

Government and the Defendant to file the Post-Hearing Brief on September 27, 2007.

Respectfully submitted,

Edson A. Bostic
Federal Public Defender

EAB/khs

cc: Shawn E. Martyniak, Assistant United States Attorney
    Mr. Tyrone Roane, Defendant