IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-48-GMS |
| TYRONE ROANE, | : | |
| Defendant. | : | |

## ORDER

Having considered Defendant's Motion To Postpone the Pre-trial Conference;

**IT IS HEREBY ORDERED** this __26th__ day of __Oct__, 2007, that Defendant Roane's Pre-trial Conference shall be held on the __7th__ day of __Nov__, 2007, at __9:30__ a.m./~~p.m.~~

/s/ Gregory M. Sleet
HONORABLE GREGORY M. SLEET
Chief Judge, United States District Court

FILED

OCT 26 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE