IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
      v.                            )        Criminal Action No. 07-48 GMS
                                    )
TYRONE ROANE                        )
                                    )
            Defendant.              )

NOTICE OF RESCHEDULING

IT IS HEREBY ORDERED that the pretrial conference regarding the above-captioned case

is rescheduled to **Thursday, November 8, 2007, at 2:00 p.m.** before the Honorable Gregory M.

Sleet, Chief, United States District Judge, in chambers, United States Courthouse, 844 N. King

Street, Wilmington, DE.


                                    /s/ Gregory M. Sleet
                                    CHIEF, UNITED STATES DISTRICT JUDGE


October 30, 2007