IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-48-GMS |
| TYRONE ROANE, | : | |
| Defendant. | : | |

**DEFENDANT'S MOTION TO POSTPONE PRE-TRIAL CONFERENCE**

Defendant, Tyrone Roane, through his undersigned counsel, Edson A. Bostic, hereby files the instant Motion to Postpone the Pre-trial Conference in the above-captioned matter.

In Support thereof, it is averred:

1.  Mr. Roane is charged in a three count Indictment with possession with intent to distribute more than five (5) grams of a mixture and substance containing a detectable amount of cocaine base ("crack"), a controlled substance, in violation of 21 U.S.C. § 841 (a)(1) and (b)(1)(B); possession of a firearm by a convicted felon, in violation of 18 U.S.C. 922(g)(1); and possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A).

2.  Trial in this matter is scheduled to begin on November 19, 2007, and a Pre-trial Conference was scheduled for October 29, 2007, at 10:00a.m.

3.  Counsel is requesting a postponement of the Pre-trial Conference because counsel is scheduled to begin a trial in United States v. Kevin Pearsall, Criminal Action No. 06-118-JJF, on October 29, 2007.

4.    No prior motion was made to postpone this matter because, until recently, there was still the possibility that the Pearsall matter may have resulted in a non-trial disposition.

5.    Counsel expects that the Pearsall trial will conclude by end of the day on October 31, 2007.  Counsel, nonetheless, will make himself available to this Court for attendance at the Pre-trial Conference, if it can be held during the lunch recess on October 29, 2007, if that time is convenient to the Court and counsel for the government.

**WHEREFORE**, it is respectfully requested that this Court enter an Order postponing the Pre-trial Conference in the above-captioned matter.

Respectfully submitted,

/s/
EDSON A. BOSTIC
Federal Public Defender
704 King Street, Suite 110
Wilmington, DE  19801
(302) 573-6010
ecf_de@msn.com

Attorney for Defendant Tyrone Roane

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-48-GMS |
| | : | |
| TYRONE ROANE, | : | |
| | : | |
| Defendant. | : | |

### ORDER

**AND NOW,** this _____ day of _____, 2007, upon consideration of the Defendant's Unopposed Motion to Postpone Trial, it is hereby **ORDERED** that the Motion is **GRANTED**, and that trial be continued until _____.

The Court finds that the ends of justice served by granting this motion outweigh the interests of the public and of the defendant in a speedy trial.

The Court also finds that this continuance furthers the ends of justice by allowing the defendant reasonable time to effectively prepare for trial, taking into account the exercise of due diligence.

The time from the filing of the Defendant's underlying Motion (November 15, 2007) until the next trial listing shall be excludable pursuant to 18 U.S.C. §3161(h)(8)(A).

It is so **ORDERED**.

BY THE COURT:

_____
**THE HONORABLE GREGORY M. SLEET**
Chief Judge, United States District Court Judge