IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,                    :
                                             :
            Plaintiff,                       :
                                             :
       v.                                    :        Criminal Action No. 07-48-GMS
                                             :
TYRONE ROANE,                                :
                                             :
            Defendant.                       :

**ORDER**

**AND NOW**, this _15th_ day of _Nov_ , 2007, upon

consideration of the Defendant's Unopposed Motion to Postpone Trial, iti s hereby **ORDERED**

thatt he Motion is **GRANTED**, and that trial be continued until _December 10, 2007@ 9:30 am_

The Courtf inds that the ends of justice served by granting this motion outweigh the

interests of the public and of the defendant in a speedy trial.

The Courta lso finds thatt his continuance furthers the ends of justice by allowing the

defendantr easonable time to effectively prepare for trial, taking into accountt he exercise of due

diligence.

The time from the filing of the Defendant's underlying Motion (November 15, 2007) until

the nextt rial listing shall be excludable pursuantt o 18 U.S.C. §3161(h)(8)(A).

It is so **ORDERED**.

BY THE COURT:

THE HONORABLE GREGORY M. SLEET
Chief Judge, United States District Court Judge

**FILED**

NOV 1 5 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE