UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-048-GMS |
| | : | |
| TYRONE ROANE, | : | |
| | : | |
| Defendant. | : | |

**ENTRY OF APPEARANCE**

**PLEASE** add the appearance of Keir Bradford, Esquire as attorney and co-counsel of record on behalf of Defendant, Tyrone Roane, in the above-captioned matter.

/s/
KEIR BRADFORD
Assistant Federal Public Defender
One Customs House
704 King Street, Suite 110
Wilmington, DE 19801
(302) 573-6010
ecf_de@msn.com

DATED: February 6, 2008