IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-48-GMS |
| | ) | |
| TYRONE ROANE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

IT IS HEREBY ORDERED that the United States Marshal for the District of Delaware be and hereby is directed to furnish lunch for fourteen jurors engaged in the above entitled case on March 14, 2008.


Dated: March 14, 2008          /s/ Gregory M. Sleet
                               UNITED STATES DISTRICT CHIEF JUDGE