IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-48-GMS |
| | ) | |
| TYRONE ROANE | ) | |
| | ) | |
| Defendant. | ) | |

### VERDICT FORM

As to Count I, charging the defendant with possession with intent to distribute more than Five (5) grams of a mixture and substance containing a detectable amount of cocaine base:

__X__ Guilty         _____ Not Guilty.

As to Count II, charging the Defendant with possession of a firearm during and in relation to a drug trafficking crime:

__X__ Guilty         _____ Not Guilty.

REDACTED