IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
| ) | |
| Plaintiff,           ) | |
| ) | |
| v.           ) | Criminal Action No. 07-48-GMS |
| ) | |
| TYRONE ROANE           ) | |
| ) | |
| Defendant.           ) | |

## VERDICT FORM

As to Count III, charging the defendant with possession of a firearm by a person previously convicted of a crime punishable by a term of imprisonment exceeding one year:

__X__ Guilty        ____ Not Guilty.

